

FILED
SEP 1 8 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12cr3220-JLS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ESTEBAN PONCE-BELTRAN, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Information:

21USC 952 and 960 - Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 18, 2012

William McCurine, Jr.
U.S. Magistrate Judge